# United States District Court
### Northern District of Ohio

| | | |
|---|---|---|
| Geri M. Smith<br>Clerk of Court | Office of the Clerk<br>Carl B. Stokes United States Court House<br>801 West Superior Avenue<br>Cleveland, Ohio 44113-1830 | (216) 357-7000 |

January 14, 2009

United States District Court
Southern District of Ohio
United States Courthouse
85 Marconi Boulevard
Columbus, OH 43215-2835

    Re: USA v. Troy H. Bradford
       SDOH Case No. 2:02-CR-195
       NDOH Case No. 5:09MJ1001, Magistrate Judge Benita Y. Pearson

Enclosed please find a certified copy of the docket and the electronically filed documents relating to the Rule 32.1 removal proceedings in the above-mentioned case.

Please acknowledge receipt of these documents by returning a copy of this letter in the enclosed envelope.

Thank you for your attention in this matter.

Sincerely,

*s/Gina M. Page*

Gina M. Page
Courtroom Deputy Clerk
330-252-6170

| | | |
|---|---|---|
| U.S. Court House<br>568 Federal Building<br>2 South Main Street<br>Akron, OH 44308-1876<br>(330) 252-6000 | 1716 Spielbusch Avenue<br>Toledo, OH 43624-1347<br>(419) 213-5500 | 125 Market Street<br>Youngstown, OH 44503-1787<br>(330) 884-7400 |

| | |
|---|---|
| 114 U.S. Court House | 337 Thomas D. Lambros<br>Federal Building and U.S. Court House |